# EXHIBIT A



**NESENOFF & MILTENBERG** LLP

New York | Boston | Palo Alto

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Christine Brown
Kara L. Gorycki

Barbara H. Trapasso
Adrienne D. Levy
Regina M. Federico
Ben Goldstein
Kristen Mohr
Helen Setton
Jordan Tuchman

Susan E. Stark
Julie A. Sacks
Kimberly Courtney
Nicole Hoehle
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

**April 23, 2025**

**VIA EMAIL AND REGULAR MAIL**
Attorney General of the State of New York
Litigation Bureau
Attention: Mark G. Mitchell
The Capitol
Albany, New York 12224
Mark.Mitchell@ag.ny.gov

William Dreyer, Esq.
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, NY 12210
WDreyer@dblawny.com

  Re: *Luke Fizulich v. Dwayne Killings and The State University of New York at Albany*
    Civil Action No.: 1:22-cv-1190 DNH/DJS

Dear Mr. Mitchell and Mr. Dreyer:

  I write in furtherance of the Court's local rules requiring that the parties seek to discuss and resolve all discovery issues amongst themselves prior to seeking the Court's intervention. I write to address several deficiencies Plaintiff believes exist as to the Defendants' discovery production and the need for a further deposition of Defendant Killings.

**Defendant University of Albany:**

  Plaintiff's First Request for Production of Documents to Defendant Albany, dated January 15, 2024, included the following request:

**Request No. 3**



All documents and communications[1] concerning Defendant SUNY Albany's receipt of any report concerning the Incident. and all documents and communications concerning the Incident itself.

**Request No. 4**

All documents and communications concerning the Incident itself.

During discovery, Plaintiff served several Non-Party subpoenas for Records, including one upon Greenberg Public Relations ("GPR"). The documents produced by GPR included correspondence between Defendant Albany's President Rodriguez and Ms. Dawn Abbuhl. The e-mail exchange between the two was marked as **Exhibit 18** at President Rodriguez's deposition and is annexed hereto. During his deposition, President Rodriguez testified (page 58) that this correspondence concerned the incident between Dwayne Killings and Luke Fizulich.

Based upon President Rodriguez's testimony, these correspondences were required to have been produced by Defendant Albany based upon Plaintiff's discovery request as noted above. Plaintiff makes a final good faith attempt, without the need for the Court's intervention, that Defendant Albany provide **ALL** responsive documents to Plaintiff's January 15, 2024 request for documents and particularly, those responsive to Request 3 and 4.

**<u>Defendant Dwayne Killings</u>:**

Plaintiff's First Request for Production of Documents to Defendant Killings, dated January 15, 2024, included the following request:

**Request No. 5**

All documents and communications[2] concerning Luke Fizulich from November 24, 2021 to present.

---

[1] "Communication" was defined to mean the transmittal of information in any form or format whatsoever, including but not limited to oral conversation, sign language, telephone conversation, text message, instant message, social media message or post, smartphone or computer application or program, Skype, Facetime, written correspondence, email, memoranda, notes, facsimile, recording, voicemail.

[2] "Communication" was defined to mean the transmittal of information in any form or format whatsoever, including but not limited to oral conversation, sign language, telephone conversation, text message, instant message, social media message or post, smartphone or computer application or program, Skype, Facetime, written correspondence, email, memoranda, notes, facsimile, recording, voicemail.



**Request No. 7**

    All documents and communications concerning any complaint, whether formal or informal, made against or concerning Defendant Killings during his employment at SUNY Albany.

**Request No. 13**

    Any and all documents and communications between Defendant Killings and any public relations/media outlet, related to the Incident, the Investigation, and the Sanctions of Defendant Killings.

**Request No. 14**

    All documents and communications between the PR firm and any individual or entity in relation to their work with Defendant Killings.

    During discovery, Plaintiff served several Non-Party subpoenas for Records, including the above refenced subpoena to GPR and one upon Marcus Pryor ("Mr. Pryor"). GRP and Mr. Pryor produced hundreds of documents (e-mails and text messages) in which Defendant Killings was a recipient and active participant in. Among the documents recently produced by Mr. Pryor on April 17, 2025 and marked as **Exhibit F** at his April 18, 2025 deposition was a 26-page group text chat, of which Defendant Killings was an active participant. The group text chain is annexed hereto. During his deposition, Mr. Pryor, in addition to discussing this group chat text chain, also testified to very specific conversations he had with Defendant Killings.

    The hundreds of pages of discovery produced by the non-parties were lawfully required to have been produced by Defendant Killings, based upon Plaintiff's discovery requests; however, Killings failed to do so. Plaintiff makes a final good faith attempt, without the need for the Court's intervention, that Defendant Killings provide **ALL** responsive documents to Plaintiff's January 15, 2024 requests and agrees to appear for a further deposition regarding the documents produced by the non-parties and Mr. Pryor's deposition testimony.

    As counsel is aware, the end date for discovery is April 30th. Please advise of your availability for a meet and confer conference on either Friday April 25th or Monday April 28th. It is Plaintiff's intention to write to Judge Stewart, in accordance with his January 13, 2025 Order, no later than April 29, requesting some form of a discovery extension. Plaintiff's letter to Judge Stewart will be guided by the parties meet and confer. Plaintiff will also be including in the letter to the Judge the recent situation with Mr. Wyland's deposition.

**Very truly yours,**

**NESENOFF & MILTENBERG LLP**

By: ***/s/ Stuart Bernstein***
Stuart Bernstein, Esq.
Tara Davis, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
Attorneys for Plaintiff

**EXHIBIT**
18
3/17/25

**Archived:** Wednesday, September 25, 2024 2:57:11 PM
**From:** David Weinraub
**Sent:** Friday, April 8, 2022 5:16:01 PM
**To:** Marcus   . Pryor; Steven Greenberg; Bob Bellafiore
**Subject:** RE: Donor and Alumni
**Sensitivity:** Normal

---

She's great.

**From:** Marcus   . Pryor <M.Pryor1@iCloud.com>
**Sent:** Friday, April 8, 2022 9:10 AM
**To:** Steven Greenberg <steve@greenbergpr.com>; Bob Bellafiore <bob@stanhope-ny.com>; David Weinraub <DWeinraub@brownweinraub.com>
**Subject:** Fwd: Donor and Alumni

FYI

Regards,

Marcus
---------- Forwarded message ----------
**From:** Dawn Abbuhl <DAbbuhl@rbsalbany.com>
**Date:** Apr 8, 2022, 8:40 AM -0400
**To:** Marcus   . Pryor <marcus.pryor1@me.com>
**Subject:** Fwd: Donor and Alumni

☐

Sent from my iPhone

Begin forwarded message:

> **From:**   avidan Rodriguez, President  <presmail@albany.edu>
> **Date:** April 8, 2022 at 8:38:53 AM EDT
> **To:** Dawn Abbuhl <DAbbuhl@rbsalbany.com>
> **Subject: RE: Donor an  A umn**
>
> | CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |
> | --- |
>
>   ear   awn,
>
> Than  you very much for your email and for your strong support of   Albany s Men Bas  etball   oach. As you may  now, we have come to a resolution regarding this matter.
>
>  t is great to  now that you completed Master s and   octoral degrees from the  niversity at Albany.
>
> Than  you for being a strong supporter of   Albany athletics, and for your philanthropic support for our Men s Bas  etball team.  hope that we can meet at one of our games during the ne  t bas  etball season.

Again, we sincerely appreciate your email and feedbac .

e wish you all the best.

Sincerely,

*Havidán*

avid n Rodr gue , Ph
President
niversity at Albany, S  NY
niversity  all 3 2
14      ashington Avenue
Albany, NY 12222

Phone: 518-956-8 1
-mail: havidan@Albany.edu

www.Albany.edu





**From:** Dawn Abbuhl <DAbbuhl@rbsalbany.com>
**Sent:** Thursday, March 31, 2022 10:58 AM
**To:**  avidan Rodriguez, President <presmail@albany.edu>
**Subject:** Donor and Alumni

Dear Dr. Rodriguez,
I have received my Master's and Doctorate from the University of Albany (30 years ago) and have never felt
connected or compelled to donate to the University until I met coach Killings.    e expressed a strong passion
and desire to expand the athletic program to be a greater part of the community.    e reached out to me to
gain insight as to how best to accomplish this and who else he could connect with to further this vision. I
own a large technology business in the community that I started 34 years ago and have rarely seen the
passion and commitment on behalf of any college or university.  Coach Killings also expressed his interest in
finding business leaders to mentor the players and continue to form relationships in our community.  The
opening game was packed and I believe sold out or almost and was the first game I had ever attended.  It was
the first time I felt any connection and interest in the University and even though we are experiencing
challenging times, I made a donation to the Athletic program in honor of the coach and intended to become a
more vibrant supporter.

It is with significant concern that I express my shock at the way the incident that occurred has been addressed and the intensity of the conse uences. I believe conse uences are necessary and important, but this was an mistake and an unfortunate incident. The student has subse uently played in games and been to the Coache's home. There is no fear or retaliation and the issue seems to have spiraled out of control. I respect your position and decision but hope that this adds a different dimension and maybe perspective. This man's life will be completely ruined. I'm hoping maybe a lessor conse uence be considered.
Sincerely,

**Da  n Abbu**

*e are   t  s to  et er a    ere to  el*

Repeat Business Systems, Inc. | President
Albany: (518)8 9-811  ext. 409 | Syracuse: (315)937-1501
Mobile: (518)495-9900
dabbuhl@rbs-usa.com









Text Message · SMS
Mar 30, 2022 at 10:15 PM

Joe Bonilla

**Adding Bob.**

Steven Greenberg

**Bob, Joe said:**
**Yes, can have staff there tomorrow.**
**So should we plan for 1? 2?**
**Joe, you'll take care of advisory?**

Bob Bellafiore

**Now it gets fun.**

Joe Bonilla

**Yes can do advisory. 1 is probably ideal for Alice, right**
**Marcus?**

Mar 30, 2022 at 11:31 PM

I think that's the call. Confirming participation, but
essentially as discussed. Circle back in the AN?

Dwayne Killings

Liked "I think that's the call. Confirming participation, but
essentially as discussed. Circle back in the AN?"

Joe Bonilla

Yes.

David Weinraub

Sure

Joe, if you can confirm time ASAP that would be helpful. I'll
advise the participants early AM. Also, if you can isolate
some points from the draft I said I would send you (sending
now), that would be helpful.

Bob Bellafiore

If you're comfortable, pls share the draft with Steve and
me?



Steve@greenbergpr.com and bob@stanhope-ny.com

Sent, but I don't have a non-UA address for DK. Someone include him in the next round of reply emails.

I'm signing off for the night, before I need matrimonial counsel. I'll regroup in the AM and adjust Alice and others timing as needed.

David Weinraub

 Same; sweet dreams, boys.

Thanks, David, but I'm still stuck with FIC whirlpool images. Hope I just re-singed that back into your eyeballs.

*FOC

Bob Bellafiore

 Oh damn, now I have them. Argggggh

Joe Bonilla

Will do - I'll circulate advisory in a bit. Thanks all.

 I think <u>1 p.m.</u>

Joe, it will be Alice, me, Jahkeen, Tony, Jamil, and will work to add Rev. Comithier in the AM. Haven't reached out to him yet.

Mar 31, 2022 at 8:27 AM

Steven Greenberg

 What time are we meeting at the fort?

Joe Bonilla

 Adv coming your way in a few.

As soon as Joe confirms time, I'll push Alice back to closer to that time.

Joe Bonilla

 Let's go with <u>1 p.m.</u>

Joe, do you know Daquetta?

Joe Bonilla

 **JB**
Yes, do you want me to reach out or have you done so already?

I'm wondering about the visual of only 1 Black woman. We're already pushing the envelope on the "small" group of Black leaders. If we're comfortable moving away from the principal, we Daquetta and Kathleen MacLaine expressed interest in lending their voice.

Steven Greenberg
 **SG**
Agreed. Although not everyone has to speak. But a nice small crowd is definitely cool.

Bob Bellafiore

I'd say the more people the better. That shows not only power but numbers too. Presence can also be voice.

Joe Bonilla
 **JB**
The more the better – absolutely.

David Weinraub
 **DW**
Yes

So, then I'm inclined to suggest going back to my original model. Let's have some white people standing behind the Black leaders who are speaking.

Joe Bonilla
 **JB**
Excellent.

David Weinraub
I like

 **DW**
I have a feeling this is going to be a longer game than we'd like. Thus, there will be more press ops

Activating now.

Steven Greenberg
 **SG**
Hold one second for comment from bob and me.

Joe Bonilla
 **JB**
Adv draft sent to Marcus, Steve, and Bob.

PRYOR 025

Bob Bellafiore

Bob Bellafiore

Seems we have two options: 1 - go for the knockout now with everything we can generate today -- Black, white, Sheehan, etc. 2 - play a layering game where we do Black leaders today, then next week we add white and others, and then maybe local sports figures (youth and school coaches, etc), maybe business leaders, etc. This shows "support building for DK."  Steve and I lean toward No 2. In this town a show of Black strength gets everyone's attention and externally sends a message to UAlbany that others are delivering directly to Havidan. So ... Black leaders today, see what develops and add on as needed. Strong message delivered today externally and directly. We like the idea of "growing support."



Joe Bonilla

...--

Agreed.

I think the knockout, personally.

I don't think activating the additional people I've activated for today is bringing everything. I think we could still layer more on. What people roll their eyes when it's a group of only Black leaders. As I'm developing this, I'm realizing that we need to show coalition. I think we bring this small – medium size group, and keep adding pressure as we go. It ends up being out of the knockout blow now, or the body blow that sets up the knockout punch.

Steven Greenberg

Works for us

Bob Bellafiore

Agreed.

How early do we want our group to arrive. I'll schedule Alice accordingly.

Steven Greenberg

Work back <u>from 1pm</u> presser. We do need time to talk about what everyone is going to say and practice a little q and a.



Agreed, we have the room as early as 11. Just give me the

guidance.

Steven Greenberg

 I'll be there at 11. We just need to have the room set for press by 12:30 or 12:45 at latest.

I'll ask for Alice at noon. That should give them time to meet and for Coach to leave before press arrives.

12:15 for everyone else.

Steven Greenberg

 Sounds good

Joe Bonilla

 I have a traffic call with my team in about 30 – so I'll have them get there probably around 11:30 / noon at the latest, since we're right down the street.

David Weinraub

 Roger Wyland must be exposed. This two hats thing is bullshit.

Bob Bellafiore

He had no trouble breaking the story of who the player is.

Dwayne Killings

He talks a lot. May have been at his detriment

 True

David Weinraub

 He's not a journalist here; he's paid by the university! Very unethical. Fuels the "railroad" narrative.

He's Camp Will Brown, and I agree that it's bullshit.

Bob Bellafiore

This is all true but now's not the time, IMO.

Steven Greenberg

 Agreed

PRYOR 027

Agreed, but certainly information to be cognizant of

Steven Greenberg



For sure

Bob Bellafiore

Liked "Agreed, but certainly information to be cognizant of"

Media will be our friend here. We'll be saying important things and UA will be left to some emailed non-statement. That place has never been about to fight its way out of a paper bag. And they'll all have



Have PSD from the bus incident.

Joe Bonilla

Adv is going out in 10

Steven Greenberg

Cool. Please send bob and me final. Thanks.

Joe Bonilla

Will do

David Weinraub

Ok



Different message

Alice Green has a 1:15 hard stop. Do we still want to include her, or save our powder for another day?  I'm feeling like we do have good board support without her, and Pat & John have expressed concern about using her. I could message to them that I pulled her as an offer to tone down the rhetoric - a show of good faith.

Joe Bonilla

Have her go first.

or pull her if it is more consequential to remove her at this juncture.

Steven Greenberg

Yield to your judgement Marcus     PRYOR 028

Dangling to Pat, I'll let you know.

Also, FYI - West Main Lounge, not the President's Room. First floor and better visuals (no wall full of photos of old dead white club presidents 😉 )



Steven Greenberg

Sounds good

Bob Bellafiore



Yes. Much better. In the presidents room I can't take my eyes off those guys.

I left it up to Alice, what if she would attend. She is going to come at 12:30 PM, and leave at 1:15 PM.

Steven Greenberg



What time are you telling other folks to show up?

12:15-12:30

I should be there in 15

Steven Greenberg



Got it.

Mar 31, 2022 at 3:40 PM

Steven Greenberg

# University at Albany Statement
# on the Men's Basketball Program



🏛 UNIVERSITY ᴬᵀ ALBANY
State University of New York

**For Immediate Release**
**March 31, 2022**

### University at Albany Statement on the
### Men's Basketball Program

The University at Albany's top priority is supporting
the health and well-being of our students and

PRYOR 029

the health and well-being of our students and employees in an environment that is inclusive and equitable. While the University recognizes and understands this is a matter of public interest and that there may be incomplete information circulating publicly, it cannot disclose information that would violate student privacy and will not discuss personnel matters publicly.

The University is committed to a process that is full, fair, equitable and respectful of the rights of everyone involved – and to conducting this process in good faith.



### 

Check your email for a draft letter I'm prepared to send to Havidan as discussed in response to his statement.

Bob Bellafiore



Marcus - just checking. Have you sent this because I don't see it.

Mar 31, 2022 at 8:36 PM

Best reporting from The Gazette



dailygazette.com

David Weinraub



We simply cannot let them move to suspend without pay tomorrow. Then, they got us by the balls. We need to really push heavy on the electrode and Tisch to get a cooling off period so he can keep getting paid. My view - that's our morning

TISCH IS THE KEY

Did H Carl get to her yet?

Joe Bonilla



Do we know if Merryl has called Havidan? I know McCall called him yesterday.

PRYOR 030

David Weinraub

**Don't know until morning**

Steven Greenberg

**As of this afternoon Carl had not gotten return call from Rodriguez. He wasn't calling Tisch.**

I heard that Havidan was in a meeting that he never allows anyone to interrupt him during. He got a call from someone I, and he stepped out of the meeting. I assumed it was Carl. Carl needs to get to Tisch, especially if Havidan isn't returning his call.

Steven Greenberg

**I'll encourage tomorrow**

Joe Bonilla

**That's the same Intel I hear as well, Marcus.**

Joe, could the call have been from Tisch?

Joe Bonilla

**It's certainly possible.**

David Weinraub

**I also think the electeds have to breathe heavy on Havidan to not Suspend him TOMORROW without pay. If they follow through as they told me he won't have a paycheck for a long time, he'll be ruined in the marketplace and done, period. We'll have zero leverage for a fair settlement and will have to go through to arbitration which we can't get to for months. The general counsel made plain to me that it's likely at the conclusion of the disciplinary interrogation tomorrow, he'll be suspended without pay AND if another school calls them, they will say he's been suspended without pay. They are squeezing very hard. We will have very few options after that except to try to go nuclear. I'll be consulting another lawyer in the morning but I don't think we can get to court until after arbitration. I'll be sharing that message with Meryl and the electeds in a moment**

Yes, and the electeds understand this.

PRYOR 031

Dwayne Killings

Calling Craig Robinson to see if I can get him to call Havidan for a conversation to give perspective.

David Weinraub

Cool

Apr 1, 2022 at 8:00 AM

It was just suggested that we get to Tonko. Thoughts?

David Weinraub

Fine with me. I can call later and/or you can

Apr 1, 2022 at 12:00 PM

Dwayne Killings

I can't thank everyone on this thread enough. Holy shit..... there are really good people in this community, forever grateful



David Weinraub

School moved meeting to 3:30 just to have time to get language right

Steven Greenberg

I may have to tweet those pics. Lol. Love it.
Word is slowly leaking. TU just called. She heard there was
settlement. Off the record I told her is being dotted ts
being crossed. Nothing more. Stay tuned.

David Weinraub

Bitch, WEINRAUB

Apr 1, 2022 at 8:58 PM

Steven Greenberg

Ch 10 just called hearing coach is staying. I said I couldn't
comment.

I'm still with him. We're at Yono's. Do we need to talk?

Steven Greenberg

I don't think so. We're prohibited from commenting. Gotta
be joint announcement.

Dwayne Killings

Click to Load Preview



twitter.com                    >

Roger rolled with it

Joe Bonilla

Has anyone else run with rumors yet?

Steven Greenberg

He must be destroyed.



voicemail-2549.m4a
Audio Recording · 145 KB

Apr 2, 2022 at 12:52 PM
PRYOR 033

Bob Bellafiore


Funny Jordan just called to ask us to remove the name.

Dwayne Killings


Figured


Just forwarded to Michelle

Are we official yet?

Just Had to slow some people down from posting anything on social media until it's official.

Dwayne Killings


Signing now Bob (agency) had a couple revisions

Bob Bellafiore


Yeah, please.

Dwayne Killings


She has everything and is scanning it, signing it and sending to the school

Bob Bellafiore


Liked "She has everything and is scanning it, signing it and sending to the school "

Jordan just told me it's all executed. He's sending me their version of this statement now. He and I will chat and then I'll send it around for everyone's review.

Joe Bonilla


Okay sounds good.

Bob Bellafiore


Just emailed everyone UA's draft.

Joe Bonilla


New letterheaded copy sent back to Bob.

Bob Bellafiore


Jordan has letter, suggested our edit on the statement. Now just waiting for Pres approval. PRYOR 034



 Launching in 5-10 minutes

Liked "Launching in 5-10 minutes"

What do you think of the hashtag #ourcoachk?

David Weinraub

 Nah. Let's get him his own thing. Fuck coach k

Hahaha, hater!

Bob Bellafiore

 #DKStays

LOVE.IT.

Joe Bonilla

 #DK4UA or #DKStays

Bob Bellafiore

How about #4QBenson?

Matt Nordlander and Abigail from TU on twitter with the news.

#DKStays

Bob Bellafiore

 And Mike MacAdam – Gazette

David Weinraub

 Cool





Dwayne Killings

**Man I am gonna crush a bottle of Pinot tonight
Wow helluva journey**

David Weinraub

**Did you get my workout video? No comments?**

Dwayne Killings

**Didn't see but do we want to?**

Bob Bellafiore

Found it:

Click to Load Preview


youtube.com                    >

probably safer not to

David Weinraub

🫤 **tough crowd**

PRYOR 036

Steven Greenberg

Coach reacting to Rodger Whyland:



**SG** Just the wrong finger.

Bob Bellafiore

Loved "Coach reacting to Rodger Whyland:"

David Weinraub

Abigail's story is out

Dwayne Killings

Loved an image

Just got off the phone with the TU. They asked whether I thought this addressed my concern about transparency. I wanted to give Havidan that same finger, but I refrained. 😉

Link to her story?

Bob Bellafiore





**Source: Killings assessed $25,000 fine, 5-game suspension**
timesunion.com

Joe Bonilla



Already cheers'ing.

3:52



timesunion.com/sport

PRYOR 038

*Next Up:* Yanks minor league manager



Stadium's Jeff Goodman reported
Monday that Killings was accused of
striking a player, adding that Killings
claims the incident was an accident.
WNYT's Rodger Wyland, also a part-
time employee of UAlbany,
confirmed Tuesday that the player in
question was Luke Fizulich, a walk-
on sophomore who transferred from
Marquette, where Killings was an
assistant coach.





 At least the TU continues to call out Rodger's conflict.

David Weinraub

Yep

iMessage
Apr 6, 2022 at 4:54 PM

Bob Bellafiore



Jordan from UAlbany called this afternoon to brainstorm on a media avail for DK. He said Athletics raised it. He and I are aligned on doing it with DK is comfortable and ready. Can share more on a call. But 100% all good. When works in the next few days?

David Weinraub



You tell me; I'll make it work

> I'm tied up 9-10:30 & probably 2:30-3:30 tomorrow and 11-2 Friday. Otherwise, should be open. Will try to move things as necessary to accommodate.

Apr 6, 2022 at 6:39 PM

Dwayne Killings

**DK** Hey guys. I will be in the car driving to Mass for a couple hours tomorrow

Could you do it tomorrow between 1230 and 3 ?

> That could actually be perfect for me.

Steven Greenberg

**SG** Other than 1-2 I'm good tomorrow.

> I'm currently a 2:30 hard stop

Steven Greenberg

**SG** 12:30-1 or 2-2:30? Bobs at gym at moment.

Bob Bellafiore



Let's do 12:30. Here's a dial-in: Dial-In Number: (267) 807-9601
Pin: 764184

David Weinraub

**DW** Great



Read

Bob Bellafiore



Jordan is going to run Thursday early afternoon up Athletics' flagpole.



And you know where that's stuck!

Apr 7, 2022 at 10:00 PM

Bob Bellafiore

Player says good things.





Apr 7, 2022 at 11:21 PM

David Weinraub

 Great

Apr 14, 2022 at 12:02 PM

Dwayne Killings

Presser went well
Steve and Bob said I passed the test!

Bob Bellafiore                    PRYOR 041




Flying colors.

David Weinraub


I heard. Nice work. BTW, stop trying to do shit for me.
You've  got you're own charity stuff and I have good cigars.
Good will and friendship is plenty.

Dwayne Killings



David Weinraub



Apr 14, 2022 at 3:42 PM

Bob Bellafiore

Ch 10 has the whole news conference.


Coach Dwayne Killings addresses media after suspension
news10.com

What are we talking about here?

We're talking about a great first-year coach.

We're talking about UAlbany's first Black coach.

We're talking about Coach Dwayne Killings and a lack of due process that we fear may result in this good man being railroaded.

We've come to know this good man, Dwayne Killings. We've seen all the good he's accomplished in such a short time in and for the Albany community.

And we know that Coach Killings is all about what's best for his team and his staff, the University and broader Albany community.

So while we can't comment on the incident the University is investigating – we weren't in the locker room when the incident occurred – we can comment on what we've seen in the media so far.

The media reports give the impression that Dwayne Killings's fate at UAlbany has already been decided and the process is nothing more than a sham.

We can assure you that Coach Killings support in the Albany community is strong and loud. We can assure you that we will do everything we can to ensure that Coach remains at UAlbany and continues to be as the best ambassador to the Albany community UAlbany has ever had.

We cannot speak to the actions that allegedly took place but we are saying loud and clear that if you rig the process to railroad this good man that the progress that's been made on relations between the community and the University will be set back for many years to come.

Hahaha, that was the first time I had put on a suit in months! I was worried I might have forgotten how to tie a tie.

Sep 2, 2020 at 6:09 PM



Oct 18, 2020 at 5:01 PM

Nicely done on WMHT!

Thank you!

Oct 22, 2021 at 5:02 PM


**Fall 2021 UAlbany Magazine**
magazine.albany.edu

Here is the magazine featuring DK

Oct 22, 2021 at 9:12 PM

Thank you for this!

Jan 18, 2022 at 11:30 AM

Hi Marcus, I just learned about your dad's passing. Please accept my condolences, you and your family will be in prayers.

Thank you, I really appreciate that.

Mar 28, 2022 at 6:05 PM

Do you have time this evening for a quick chat? I need to confidentially speak with you about something important that I believe is time sensitive.

Mar 28, 2022 at 9:31 PM

Are you good now?

Can you talk at 10. I just finished my dinner meeting and ready to hit the road

Yeah, absolutely. Just text me, because me phone will go into sleep mode.

Take your time, I'm good.

Mar 29, 2022 at 12:44 PM

Any update?  There's a lot moving up here.

No nothing yet

Mar 29, 2022 at 2:43 PM

I think it's about to go nuclear. It's my understanding that it's going to happen at 4. I'm being asked to start reaching out to the next level.  This isn't good, and is about to get really ugly.  I'm hoping you can give me something to slow things down.

Havidán is about to bring a world of drama to the University that he doesn't want.  I have a group of Black leaders that was going to request a meeting with him. If Duane is fired before he speaks with them, that's going to be truly detrimental.

As was said to me by one of those leaders earlier today, "How ironic that a well loved, respected young Black basketball coach makes "accidental" contact with a player and potentially loses his job.  But, a celebrity can commit battery on worldwide TV and keep his."

Mar 29, 2022 at 4:21 PM

FYI, I contacted the President's office to request a meeting.  I spoke with Alice, who I know personally.  I did not discuss any other conversations I've had.

I'm in meetings now, I tried to talk to him but he is not interested... he said we have a process... very very frustrating

PRYOR 045

Understood

Mar 30, 2022 at 3:04 PM

Can you talk at any point?

Around 4?

I'll make time

Can I call you at 4:20? My meeting is running late

Yes, please. I'm here.

Text Message • SMS
Mar 31, 2022 at 6:56 PM

You don't get in until midnight, right?

Sent as Text Message

iMessage
Mar 31, 2022 at 8:36 PM



Unfortunately I missed my connection won't get there till tomorrow afternoon around 4

Apr 1, 2022 at 10:50 AM
PRYOR 046

Call me ASAP!

I just called you

Apr 1, 2022 at 2:21 PM

I'm at the gate to Albany in Philadelphia, wearing a UA shirt and some random guy just chewed me out for not being fair to DK after all he has done... AND, this was a white country boy who I'm pretty sure voted for Trump... looks like DK is building more bridges than we thought ;) btw... I still have no idea if I can get home tonight:( it's a shit show

Wowwwwwww! That is amazing. Sorry about your flights, but get home safely.

Apr 4, 2022 at 1:50 PM

Still haven't heard back from Havidan 🙄 Can we direct the fine money to the United Way?  Clean, non-partisan entity.

I was thinking about directing to myself:) how about coaches VS cancer?

Lol

on phone w/him now

Playing squash today?

Apr 4, 2022 at 3:47 PM

No we have an event at the university tonight

Were you with him when he called me?

No, but he just told me he made his calls. I assumed he called you. How was the call?



I bet... did my name come up?

> Nope, please I wouldn't have given that up. He seemed kind of intimidated. I suggested that he put the fine with the United Way. If he does it quickly enough, we can hold a press conference, and I can make him look good - save him some face. I need to know soon, though. I'm sitting on it today.

Who is acutely paying the fine? I think he wants to give it multiple orgs like food pantry and mostly urban non profits...and I'm hoping to get a few people to match

It

> It comes directly out of DK's paycheck. If he spreads it around, he's going to increase the risk that he'll be criticized for where he puts it (I'd criticize him). He needs to let the community (us) have a win. Hold a presser, where he'll say that he's putting it with the United Way (or even split half with the United Way, and the other half with the Community Foundation). That way he's not at risk for being criticized over where it goes. Let them decide that.

>> Then buy a table to Wine & Dine, and really make me happy! 😊

I thought it was at the discretion of the university, my mistake

> That was a point of debate. We ultimately gave in to it being at the University's discretion. I suggested that he have your Community Engagement Dept. pick 5 charities, and let my group "choose." We hold a press conference, and we can say that the University explained the process and asked us to consult on who receives the fine. After all, if it's supposed to go to non-profits in the community, we're the community, let us have some input. If it goes to United Way, then they take the heat for which specific charity it goes to. Cleanest solution. I promise you he'll be criticized if he/UAlbany chooses one charity over the other with DK's blood money.

Apr 27, 2022 at 10:59 AM
PRYOR 048

Happy Birthday 🌑 💐 🦋