Exhibit 16

Text Message • SMS
Mar 30, 2022 at 10:15 PM

Joe Bonilla

 Adding Bob.

Steven Greenberg

 Bob, Joe said:
Yes, can have staff there tomorrow.
So should we plan for 1? 2?
Joe, you'll take care of advisory?

Bob Bellafiore

 Now it gets fun.

Joe Bonilla

Yes can do advisory. 1 is probably ideal for Alice, right
Marcus?

Mar 30, 2022 at 11:31 PM

I think that's the call. Confirming participation, but
essentially as discussed. Circle back in the AN?

Dwayne Killings

 Liked "I think that's the call. Confirming participation, but
essentially as discussed. Circle back in the AN?"

Joe Bonilla

 Yes.

David Weinraub

 Sure

Joe, if you can confirm time ASAP that would be helpful. I'll
advise the participants early AM. Also, if you can isolate
some points from the draft I said I would send you (sending
now), that would be helpful.

Bob Bellafiore

If you're comfortable, pls share the draft with Steve and
me?

 Steve@greenbergpr.com and bob@stanhope-ny.com

EXHIBIT
F
DEPONENT NAME:
WYLAND, R.
DATE:
04/18/25

Sent, but I don't have a non-UA address for DK. Someone include him in the next round of reply emails.

I'm signing off for the night, before I need matrimonial counsel. I'll regroup in the AM and adjust Alice and others timing as needed.

David Weinraub



Same; sweet dreams, boys.

Thanks, David, but I'm still stuck with FIC whirlpool images. Hope I just re-singed that back into your eyeballs.

*FOC

Bob Bellafiore



Oh damn, now I have them. Argggggh

Joe Bonilla

Will do - I'll circulate advisory in a bit. Thanks all.



I think 1 p.m.

Joe, it will be Alice, me, Jahkeen, Tony, Jamil, and will work to add Rev. Comithier in the AM. Haven't reached out to him yet.

Mar 31, 2022 at 8:27 AM

Steven Greenberg



What time are we meeting at the fort?

Joe Bonilla



Adv coming your way in a few.

As soon as Joe confirms time, I'll push Alice back to closer to that time.

Joe Bonilla



Let's go with 1 p.m.

Joe, do you know Daquetta?

Joe Bonilla


Yes, do you want me to reach out or have you done so already?

I'm wondering about the visual of only 1 Black woman. We're already pushing the envelope on the "small" group of Black leaders. If we're comfortable moving away from the principal, we Daquetta and Kathleen MacLaine expressed interest in lending their voice.

Steven Greenberg


Agreed. Although not everyone has to speak. But a nice small crowd is definitely cool.

Bob Bellafiore


I'd say the more people the better. That shows not only power but numbers too. Presence can also be voice.

Joe Bonilla


The more the better – absolutely.

David Weinraub


Yes

So, then I'm inclined to suggest going back to my original model. Let's have some white people standing behind the Black leaders who are speaking.

Joe Bonilla


Excellent.

David Weinraub

I like


I have a feeling this is going to be a longer game than we'd like. Thus, there will be more press ops

Activating now.

Steven Greenberg


Hold one second for comment from bob and me.

Joe Bonilla


Adv draft sent to Marcus, Steve, and Bob.

PRYOR 025

Bob Bellafiore

Bob Bellafiore

Seems we have two options: 1 - go for the knockout now with everything we can generate today -- Black, white, Sheehan, etc. 2 - play a layering game where we do Black leaders today, then next week we add white and others, and then maybe local sports figures (youth and school coaches, etc), maybe business leaders, etc. This shows "support building for DK."  Steve and I lean toward No 2. In this town a show of Black strength gets everyone's attention and externally sends a message to UAlbany that others are delivering directly to Havidan. So ... Black leaders today, see what develops and add on as needed. Strong message delivered today externally and directly. We

 like the idea of "growing support."

Joe Bonilla

...--

Agreed.

 I think the knockout, personally.

I don't think activating the additional people I've activated for today is bringing everything. I think we could still layer more on. What people roll their eyes when it's a group of only Black leaders. As I'm developing this, I'm realizing that we need to show coalition. I think we bring this small – medium size group, and keep adding pressure as we go. It ends up being out of the knockout blow now, or the body blow that sets up the knockout punch.

Steven Greenberg

 Works for us

Bob Bellafiore

 Agreed.

How early do we want our group to arrive. I'll schedule Alice accordingly.

Steven Greenberg

Work back from 1pm presser. We do need time to talk about what everyone is going to say and practice a little q
 and a.

PRYOR 026

Agreed, we have the room as early as 11. Just give me the

guidance.

Steven Greenberg

 I'll be there at 11. We just need to have the room set for press by 12:30 or 12:45 at latest.

I'll ask for Alice at noon. That should give them time to meet and for Coach to leave before press arrives.

12:15 for everyone else.

Steven Greenberg

 Sounds good

Joe Bonilla

 I have a traffic call with my team in about 30 – so I'll have them get there probably around 11:30 / noon at the latest, since we're right down the street.

David Weinraub

 Roger Wyland must be exposed. This two hats thing is bullshit.

Bob Bellafiore

 He had no trouble breaking the story of who the player is.

Dwayne Killings

He talks a lot. May have been at his detriment

 True

David Weinraub

 He's not a journalist here; he's paid by the university! Very unethical. Fuels the "railroad" narrative.

He's Camp Will Brown, and I agree that it's bullshit.

Bob Bellafiore

 This is all true but now's not the time, IMO.

Steven Greenberg

 Agreed

Agreed, but certainly information to be cognizant of



Steven Greenberg

For sure

Bob Bellafiore



Liked "Agreed, but certainly information to be cognizant of"

Media will be our friend here. We'll be saying important things and UA will be left to some emailed non-statement. That place has never been about to fight its way out of a paper bag. And they'll all have



Have PSD from the bus incident.

Joe Bonilla



Adv is going out in 10

Steven Greenberg



Cool. Please send bob and me final. Thanks.

Joe Bonilla



Will do

David Weinraub

Ok



Different message

Alice Green has a 1:15 hard stop. Do we still want to include her, or save our powder for another day?  I'm feeling like we do have good board support without her, and Pat & John have expressed concern about using her. I could message to them that I pulled her as an offer to tone down the rhetoric - a show of good faith.

Joe Bonilla

Have her go first.



or pull her if it is more consequential to remove her at this juncture.

Steven Greenberg



Yield to your judgement Marcus

Dangling to Pat, I'll let you know.

Also, FYI – West Main Lounge, not the President's Room. First floor and better visuals (no wall full of photos of old dead white club presidents 😊 )

Steven Greenberg



Sounds good

Bob Bellafiore



Yes. Much better. In the presidents room I can't take my eyes off those guys.

I left it up to Alice, what if she would attend. She is going to come at 12:30 PM, and leave at 1:15 PM.

Steven Greenberg



What time are you telling other folks to show up?

12:15-12:30

I should be there in 15

Steven Greenberg



Got it.

Mar 31, 2022 at 3:40 PM

Steven Greenberg

# University at Albany Statement
# on the Men's Basketball Program

**UNIVERSITY AT ALBANY**
State University of New York

**For Immediate Release**
**March 31, 2022**

## University at Albany Statement on the
## Men's Basketball Program

The University at Albany's top priority is supporting
the health and well-being of our students and

PRYOR 029

the health and well-being of our students and
employees in an environment that is inclusive and
equitable. While the University recognizes and
understands this is a matter of public interest and that
there may be incomplete information circulating
publicly, it cannot disclose information that would
violate student privacy and will not discuss
personnel matters publicly.

The University is committed to a process that is full,
fair, equitable and respectful of the rights of
everyone involved – and to conducting this process
in good faith.



### 

Check your email for a draft letter I'm prepared to send to
Havidan as discussed in response to his statement.

**Bob Bellafiore**



Marcus - just checking. Have you sent this because I don't
see it.

Mar 31, 2022 at 8:36 PM

Best reporting from The Gazette

 dailygazette.com 

**David Weinraub**



We simply cannot let them move to suspend without pay
tomorrow. Then, they got us by the balls. We need to really
push heavy on the electrode and Tisch to get a cooling off
period so he can keep getting paid. My view - that's our
morning

TISCH IS THE KEY

Did H Carl get to her yet?

**Joe Bonilla**



Do we know if Merryl has called Havidan? I know McCall
called him yesterday.

PRYOR 030

David Weinraub



Don't know until morning

Steven Greenberg



As of this afternoon Carl had not gotten return call from Rodriguez. He wasn't calling Tisch.

> I heard that Havidan was in a meeting that he never allows anyone to interrupt him during. He got a call from someone I, and he stepped out of the meeting. I assumed it was Carl. Carl needs to get to Tisch, especially if Havidan isn't returning his call.

Steven Greenberg



I'll encourage tomorrow

Joe Bonilla



That's the same Intel I hear as well, Marcus.

> Joe, could the call have been from Tisch?

Joe Bonilla



It's certainly possible.

David Weinraub

I also think the electeds have to breathe heavy on Havidan to not
Suspend  him TOMORROW without pay. If they follow through as they told me he won't have a paycheck for a long time, he'll be ruined in the marketplace and done, period. We'll have zero leverage for a fair settlement and will have to go through to arbitration which we can't get to for months. The general counsel made plain to me that it's likely at the conclusion of the disciplinary interrogation tomorrow, he'll be suspended without pay AND if another school calls them, they will say he's been suspended without pay. They are squeezing very hard. We will have very few options after that except to try to go nuclear. I'll be consulting another lawyer in the morning but I don't think we can get to court until after arbitration. I'll be sharing that message with Meryl and the electeds in a moment



PRYOR 031

> Yes, and the electeds understand this.



Dwayne Killings

Calling Craig Robinson to see if I can get him to call Havidan for a conversation to give perspective.

David Weinraub

Cool

Apr 1, 2022 at 8:00 AM

It was just suggested that we get to Tonko. Thoughts?

David Weinraub

Fine with me. I can call later and/or you can

Apr 1, 2022 at 12:00 PM

Dwayne Killings

I can't thank everyone on this thread enough. Holy shit..... there are really good people in this community, forever grateful



David Weinraub

School moved meeting to 3:30 just to have time to get language right

Steven Greenberg

 I may have to tweet those pics. Lol. Love it.
Word is slowly leaking. TU just called. She heard there was settlement. Off the record I told her is being dotted ts being crossed. Nothing more. Stay tuned.

David Weinraub

 Bitch, WEINRAUB

Apr 1, 2022 at 8:58 PM

Steven Greenberg

 Ch 10 just called hearing coach is staying. I said I couldn't comment.

I'm still with him. We're at Yono's. Do we need to talk?

Steven Greenberg

 I don't think so. We're prohibited from commenting. Gotta be joint announcement.

Dwayne Killings

Click to Load Preview

twitter.com  ＞

 Roger rolled with it

Joe Bonilla

 Has anyone else run with rumors yet?

Steven Greenberg

 He must be destroyed.

 **voicemail-2549.m4a**
Audio Recording · 145 KB

Apr 2, 2022 at 12:52 PM
PRYOR 033

Bob Bellafiore

 Funny Jordan just called to ask us to remove the name.

Dwayne Killings

 Figured

 Just forwarded to Michelle

Are we official yet?

Just Had to slow some people down from posting anything on social media until it's official.

Dwayne Killings

 Signing now Bob (agency) had a couple revisions

Bob Bellafiore

 Yeah, please.

Dwayne Killings

 She has everything and is scanning it, signing it and sending to the school

Bob Bellafiore

 Liked "She has everything and is scanning it, signing it and sending to the school "

 Jordan just told me it's all executed. He's sending me their version of this statement now. He and I will chat and then I'll send it around for everyone's review.

Joe Bonilla

 Okay sounds good.

Bob Bellafiore

 Just emailed everyone UA's draft.

Joe Bonilla

 New letterheaded copy sent back to Bob.

Bob Bellafiore

 Jordan has letter, suggested our edit on the statement. Now just waiting for Pres approval. PRYOR 034

 Launching in 5-10 minutes

Liked "Launching in 5-10 minutes"

What do you think of the hashtag #ourcoachk?

**David Weinraub**

 Nah. Let's get him his own thing. Fuck coach k

Hahaha, hater!

**Bob Bellafiore**

 #DKStays

LOVE.IT.

**Joe Bonilla**

 #DK4UA or #DKStays

**Bob Bellafiore**

How about #4QBenson?

 Matt Nordlander and Abigail from TU on twitter with the news.

#DKStays

**Bob Bellafiore**

 And Mike MacAdam - Gazette

**David Weinraub**

 Cool







**Dwayne Killings**

Man I am gonna crush a bottle of Pinot tonight
Wow helluva journey

**David Weinraub**

Did you get my workout video? No comments?

**Dwayne Killings**

Didn't see but do we want to?

**Bob Bellafiore**

Found it:

Click to Load Preview

 youtube.com        ›

probably safer not to

**David Weinraub**

😂 tough crowd

PRYOR 036

**Steven Greenberg**

Coach reacting to Rodger Whyland:





 Just the wrong finger.

Bob Bellafiore
 Loved "Coach reacting to Rodger Whyland:
"

David Weinraub
 Abigail's story is out

Dwayne Killings
 Loved an image

Just got off the phone with the TU. They asked whether I thought this addressed my concern about transparency. I wanted to give Havidan that same finger, but I refrained. 😜

Link to her story?

Bob Bellafiore




**Source: Killings assessed $25,000 fine, 5-game suspension**
timesunion.com



Joe Bonilla



 Already cheers'ing.

 timesunion.com/sport

PRYOR 038

*Next Up:* Yanks minor league manager

 Baikovec back after...

Stadium's Jeff Goodman reported
Monday that Killings was accused of
striking a player, adding that Killings
claims the incident was an accident.
WNYT's Rodger Wyland, also a part-
time employee of UAlbany,
confirmed Tuesday that the player in
question was Luke Fizulich, a walk-
on sophomore who transferred from
Marquette, where Killings was an
assistant coach.

ADVERTISEMENT
Article continues below this ad



T Mobile

At least the TU continues to call out Rodger's conflict.

David Weinraub

Yep

**iMessage**
Apr 6, 2022 at 4:54 PM

Bob Bellafiore

Jordan from UAlbany called this afternoon to brainstorm on a media avail for DK. He said Athletics raised it. He and I are aligned on doing it with DK is comfortable and ready. Can share more on a call. But 100% all good. When works in the next few days?



David Weinraub



You tell me; I'll make it work

I'm tied up 9-10:30 & probably 2:30-3:30 tomorrow and 11-2 Friday. Otherwise, should be open. Will try to move things as necessary to accommodate.

Apr 6, 2022 at 6:39 PM

Dwayne Killings

Hey guys. I will be in the car driving to Mass for a couple hours tomorrow



Could you do it tomorrow between 1230 and 3 ?

That could actually be perfect for me.

Steven Greenberg



Other than 1-2 I'm good tomorrow.

I'm currently a 2:30 hard stop

Steven Greenberg



12:30-1 or 2-2:30?  Bobs at gym at moment.

Bob Bellafiore

Let's do 12:30. Here's a dial-in: Dial-In Number: (267) 807-9601
Pin: 764184



David Weinraub



Great

Apr 7, 2022 at 12:52 PM



Read

Bob Bellafiore


Jordan is going to run Thursday early afternoon up Athletics' flagpole.


And you know where that's stuck!

Apr 7, 2022 at 10:00 PM

Bob Bellafiore

Player says good things.





Apr 7, 2022 at 11:21 PM

David Weinraub
Great

Apr 14, 2022 at 12:02 PM

Dwayne Killings
Presser went well
Steve and Bob said I passed the test!



Bob Bellafiore



PRYOR 041


Flying colors.

David Weinraub


I heard. Nice work. BTW, stop trying to do shit for me.
You've  got you're own charity stuff and I have good cigars.
Good will and friendship is plenty.

Dwayne Killings



David Weinraub



Apr 14, 2022 at 3:42 PM

Bob Bellafiore

Ch 10 has the whole news conference.


**Coach Dwayne Killings addresses media after suspension**
news10.com


What are we talking about here?

We're talking about a great first-year coach.

We're talking about UAlbany's first Black coach.

We're talking about Coach Dwayne Killings and a lack of due process that we fear may result in this good man being railroaded.

We've come to know this good man, Dwayne Killings. We've seen all the good he's accomplished in such a short time in and for the Albany community.

And we know that Coach Killings is all about what's best for his team and his staff, the University and broader Albany community.

So while we can't comment on the incident the University is investigating – we weren't in the locker room when the incident occurred – we can comment on what we've seen in the media so far.

The media reports give the impression that Dwayne Killings's fate at UAlbany has already been decided and the process is nothing more than a sham.

We can assure you that Coach Killings support in the Albany community is strong and loud. We can assure you that we will do everything we can to ensure that Coach remains at UAlbany and continues to be as the best ambassador to the Albany community UAlbany has ever had.

We cannot speak to the actions that allegedly took place but we are saying loud and clear that if you rig the process to railroad this good man that the progress that's been made on relations between the community and the University will be set back for many years to come.

Hahaha, that was the first time I had put on a suit in months! I was worried I might have forgotten how to tie a tie.

Sep 2, 2020 at 6:09 PM



Oct 18, 2020 at 5:01 PM

Nicely done on WMHT!

Thank you!

Oct 22, 2021 at 5:02 PM



**Fall 2021 UAlbany Magazine**
magazine.albany.edu

Here is the magazine featuring DK

Oct 22, 2021 at 9:12 PM

Thank you for this!

Jan 18, 2022 at 11:30 AM

Hi Marcus, I just learned about your dad's passing. Please accept my condolences, you and your family will be in prayers.

Thank you, I really appreciate that.

Mar 28, 2022 at 6:05 PM

Do you have time this evening for a quick chat? I need to confidentially speak with you about something important that I believe is time sensitive.

Mar 28, 2022 at 9:31 PM

Are you good now?

Can you talk at 10. I just finished my dinner meeting and
ready to hit the road

> Yeah, absolutely. Just text me, because me phone will go
> into sleep mode.
>
> Take your time, I'm good.

Mar 29, 2022 at 12:44 PM

> Any update?  There's a lot moving up here.

No nothing yet

Mar 29, 2022 at 2:43 PM

> I think it's about to go nuclear. It's my understanding that
> it's going to happen at 4. I'm being asked to start reaching
> out to the next level.  This isn't good, and is about to get
> really ugly.  I'm hoping you can give me something to slow
> things down.
>
> Havidán is about to bring a world of drama to the
> University that he doesn't want.  I have a group of Black
> leaders that was going to request a meeting with him. If
> Duane is fired before he speaks with them, that's going to
> be truly detrimental.
>
> As was said to me by one of those leaders earlier today,
> "How ironic that a well loved, respected young Black
> basketball coach makes "accidental" contact with a player
> and potentially loses his job.  But, a celebrity can commit
> battery on worldwide TV and keep his."

Mar 29, 2022 at 4:21 PM

> FYI, I contacted the President's office to request a
> meeting.  I spoke with Alice, who I know personally.  I did
> not discuss any other conversations I've had.

I'm in meetings now, I tried to talk to him but he is not
interested… he said we have a process… very very
frustrating

PRYOR 045

> Understood

Mar 30, 2022 at 3:04 PM

Can you talk at any point?

Around 4?

I'll make time

Can I call you at 4:20? My meeting is running late

Yes, please. I'm here.

Text Message • SMS
Mar 31, 2022 at 6:56 PM

You don't get in until midnight, right?

Sent as Text Message

iMessage
Mar 31, 2022 at 8:36 PM



Unfortunately I missed my connection won't get there till
tomorrow afternoon around 4

Apr 1, 2022 at 10:50 AM
PRYOR 046

Call me ASAP!

I just called you

Apr 1, 2022 at 2:21 PM

I'm at the gate to Albany in Philadelphia, wearing a UA shirt
and some random guy just chewed me out for not being
fair  to DK after all he has done... AND, this was a white
country boy who I'm pretty sure voted for Trump... looks
like DK is building more bridges than we thought ;) btw... I
still have no idea if I can get home tonight:( it's a shit show

Wowwwwwww! That is amazing. Sorry about your flights,
but get home safely.

Apr 4, 2022 at 1:50 PM

Still haven't heard back from Havidan 😵 Can we direct the
fine money to the United Way?  Clean, non-partisan entity.

I was thinking about directing to myself:) how about
coaches VS cancer?

Lol

on phone w/him now

Playing squash today?

Apr 4, 2022 at 3:47 PM

No we have an event at the university tonight

Were you with him when he called me?

No, but he just told me he made his calls. I assumed he
called you. How was the call?



I bet... did my name come up?

> Nope, please I wouldn't have given that up.  He seemed kind of intimidated.  I suggested that he put the fine with the United Way.  If he does it quickly enough, we can hold a press conference, and I can make him look good - save him some face.  I need to know soon, though.  I'm sitting on it today.

Who is acutely paying the fine? I think he wants to give it multiple orgs like food pantry and mostly urban non profits...and I'm hoping to get a few people to match

It

> It comes directly out of DK's paycheck.  If he spreads it around, he's going to increase the risk that he'll be criticized for where he puts it (I'd criticize him).  He needs to let the community (us) have a win.  Hold a presser, where he'll say that he's putting it with the United Way (or even split half with the United Way, and the other half with the Community Foundation).  That way he's not at risk for being criticized over where it goes.  Let them decide that.

> > Then buy a table to Wine & Dine, and really make me happy! 😊

I thought it was at the discretion of the university, my mistake

> That was a point of debate.  We ultimately gave in to it being at the University's discretion.  I suggested that he have your Community Engagement Dept. pick 5 charities, and let my group "choose."  We hold a press conference, and we can say that the University explained the process and asked us to consult on who receives the fine. After all, if it's supposed to go to non-profits in the community, we're the community, let us have some input.  If it goes to United Way, then they take the heat for which specific charity it goes to.  Cleanest solution.  I promise you he'll be criticized if he/UAlbany chooses one charity over the other with DK's blood money.

Apr 27, 2022 at 10:59 AM
PRYOR 048

Happy Birthday 🎂 🎉 🎊