# Exhibit 17

Subscribe    Sign In

**Recommended**

 Griner sent to Russian penal colony to serve

 UAlbany field hockey earns berth in NCAA Tournament

 NFL scoring down to lowest level since 2010 at halfway



New York midterm 2022 election results

SPORTS

# Black leaders call for transparency from UAlbany in investigation of men's basketball coach

University is said to be investigating allegations that Killings hit a player

 **Abigail Rubel**

Updated: March 31, 2022 5:26 p.m.





PLTF_000036



1 of 14

Marcus Pryor leads a panel of community leaders supporting University at Albany men's basketball head coach Dwayne Killings on Thursday, March 31, 2022, during a news conference at the Fort Orange Club in Albany, N.Y. UAlbany is investigating an alleged incident between Killings and a player that took place before a road game in late November.

Will Waldron/Times Union

ALBANY — Prominent members of the Capital Region community shared their support for University at Albany men's basketball coach Dwayne Killings at a rally Thursday afternoon and called on the university to be more transparent in its investigation.

Killings is facing an inquiry into an alleged incident before a road game in November. Stadium's Jeff Goodman reported that Killings is accused of striking a player, and that Killings says it was accidental.

**ADVERTISEMENT**
Article continues below this ad

PLTF_000037

"The community is really concerned about what's going on here with this particular issue," Dr. Alice Green, executive director of The Center for Law and Justice, said. "We are not being given the information about this process, so we're very confused and concerned."

Those gathered see Killings as a bridge between the community, particularly the Black community, and UAlbany, said Marcus Q. Pryor, an Albany native and businessman.

"This is more than just about one man. We heard the university when the university came into our community and said, 'We get it, we need to change the construct. We as a university need to be part of the community,' " Pryor said. "We heard that, we believed that. We actually saw it start to happen. ... There's too much at stake. We can't go backwards, and we look for Coach to have a fair, transparent process because we're confident we know this man's character."

PLTF_000038

**ADVERTISEMENT**
Article continues below this ad

UAlbany issued a statement Thursday afternoon after the rally finished.

"The University at Albany's top priority is supporting the health and well-being of our students and employees in an environment that is inclusive and equitable," the statement read. "While the University recognizes and understands this is a matter of public interest and that there may be incomplete information circulating publicly, it cannot disclose information that would violate student privacy and will not discuss personnel matters publicly. The University is committed to a process that is full, fair, equitable and respectful of the rights of everyone involved – and to conducting this process in good faith."

A spokesman declined to comment further. UAlbany has not commented beyond Thursday's statement and a statement Monday confirming that there is an investigation.

Pryor requested a meeting with UAlbany president Havidan Rodriguez on Tuesday, and said his understanding is that Rodriguez is currently traveling. Pryor sent Rodriguez another letter following the statement clarifying that he's not

PLTF_000039

sent Rodriguez another letter following the statement clarifying that he's not asking the school to discuss private student matters or share personnel information, but rather that the school "listen to what we have to say" regarding Killings' impact on the community.

**ADVERTISEMENT**
Article continues below this ad

When asked what transparency in this process might look like, Pryor said "I think transparency would look like understanding what their process is."

In addition to Pryor and Green, Jamil Hood, founder of Hood's House of Hoops; Tony Gaddy, president of the Upstate New York Black Chamber of Commerce; Pastor Leonard Comithier of Macedonia Baptist Church; Dominick Purnomo, owner of Yono's restaurant; and Kathleen McLean, UAlbany alum and president of The McLean Group, all spoke of Killings' work in the community and their expectations that UAlbany be more communicative about the investigation.

"I think we just would like to see some transparency because there's been little to no communication outside of the university. We see a man, a family man, a leader, who has stepped up and embraced this community," Purnomo said.

PLTF_000040


...


Hood spoke at length about the work Killings has done with House of Hoops, a nonprofit community center in West Hill.

**ADVERTISEMENT**
Article continues below this ad

"You get a guy like Coach Killings to come in and to speak to the kids and introduce himself to the parents and say, 'Hey, listen I'm invested in this community.'... What that does, it provides a safety and it provides hope and parents feel comfortable bringing their kids to our program," Hood said. "I'm talking about Coach Killings' character. The man came in — when I call him, he's there. He's sending the boys down to help clean and shoot hoops."

"If this man is going to come here and invest in our city, what message are we sending if we don't honor his commitment with the same amount of commitment with process? If we don't demand a better process, we're sending a terrible message," Gaddy said.

None of the speakers had spoken of the alleged incident with Killings, though Pryor said he's seen him since the news broke.

"I know that he's scared that he's about to be taken from a community that he took

I know that he's scared that he's about to be taken from a community that he took a big risk on and loves being a part of," Pryor said.



Written By
**Abigail Rubel**

Reach Abigail on

Abigail Rubel covers UAlbany men's and women's basketball and other high school, college and professional sports. She also writes the Getting There column answering reader questions and covering local transportation issues. Abigail previously reported for the Voice of America and New York Family magazine. She graduated from Columbia University in 2019. You can reach her at Abigail.Rubel@timesunion.com.

**TOP SHOPPING PICKS**

Shopping

You can get $120 off the Dyson Airwrap right now

Shopping

The worst day to fly ahead of Christmas, according to Expedia

'The Santa Clause' sequel show trailer just dropped online

### The NFL's Most Famous Couple Is From New York
TheSportsDrop | Sponsored

### You May Not Notice Plaque Psoriasis - Search For Symptoms
Psoriasis Causes | Sponsored

### 2 Cards Charging 0% Interest Until 2024
With this card, you can focus on paying off your balance rather than your interest.
CompareCredit.com | Sponsored

### Cardiologist: Too Much Belly Fat? Do This Before Bed
Healthbay | Sponsored

### Cardiologists: Do You Have Too Much Belly Fat? Do This Before You Go To Bed
The Ikaria Juice | Sponsored

### The New 2022 Hyundai Palisade Is Nearly Unrecognizable
Hyundai Palisade SUV Sales | Sponsored

### Buzzing In Ears? Do This Immediately
Health Bay 24 | Sponsored

**Forget Expensive Solar Panels (Do This Instead)**

Quote Wallet | Sponsored

**Perfect Shave Without Irritation Or Cuts! The Trimmer Every Man Needs.**

Luoccia | Sponsored

**A New SUV For Seniors Is Cheaper Than You Might Imagine**

Senior Offers | Search Ads | Sponsored

**If You Are Above 40, this City-Building Game is Addictive. No Install Required!**

Goodgame Empire | Sponsored

**Homeowners Are Trading in Their Doorbell Cams for This.**

PureCare | Sponsored

**Ireland Train Packages Deals!**

Yahoo! Search | Sponsored

TIMES UNION                                                                TOP

**ABOUT**

Our Company                          Newspaper Delivery Safety Procedures

General Standards and Practices      Advertising

PLTF_000044

Interest Based Ads

Terms of Use

Privacy Notice

Your California Privacy Rights

Jobs at the Times Union

## CONTACT

Contact Us

Weather

School Closings

Events Calendar

Celebrations

Obituaries

Online Store

Puzzles Palace

## SERVICES

Subscriber Services

Home Delivery

Become a Carrier

e-Edition

Corporate Subscriptions

Mobile App

Copyright and Reprint

Archives

HEARST *newspapers*
©2022 Hearst

PLTF_000045