# Exhibit 19



EXHIBIT 11 3/17/25

Tuesday, September 17, 2024 at 11:53:41 Eastern Daylight Time

**Subject:** Re: DRAFT: ADVISORY -- TODAY AT 1 P.M.: Capital Region leaders speak out in support of UAlbany men's basketball coach Dwayne Killings
**Date:** Thursday, March 31, 2022 at 8:55:02 AM Eastern Daylight Time
**From:** Steven Greenberg <steve@greenbergpr.com>
**To:** Joe Bonilla <joe@relentlessaware.com>
**CC:** Robert J. Bellafiore <bob@stanhope-ny.com>, marcus.pryor1@me.com <marcus.pryor1@me.com>

Bob and I are good. Thanks, Joe. Only question is list of names in light of most recent text discussion.

Steven A. Greenberg
Greenberg Public Relations
(518) 469-9858
@GreenbergPR
Sent from my iPhone.

On Mar 31, 2022, at 8:40 AM, Joe Bonilla <joe@relentlessaware.com> wrote:

Good Morning --

Today at 1 p.m., a coalition of Capital Region leaders will stand with and rally for University at Albany men's basketball coach Dwayne Killings.

The group will offer remarks in support of Coach Killings and provide their thoughts on the situation.

Below is the advisory. If you have any questions, you can contact either myself or Melissa Kees (copied here).

Thanks --

Joe

--

**WHAT:** Coalition of Capital Region leaders rally for University at Albany men's basketball coach Dwayne Killings
**WHO:** Marcus Pryor, president, Peter M. Pryor Associates; Dr. Alice Green, executive director of The Center for Law and Justice; Jahkeen Hoke, CEO, Business for Good Foundation; Jamil Hood, founder, Hood's House of Hoops;

Tony Gaddy, president, Upstate New York Black Chamber of Commerce
WHEN: Thursday, March 31 at 1 p.m. EST
WHERE: Fort Orange Club, 110 Washington Avenue, Albany
LOGISTICS: On-site parking available.

###


--
Joe Bonilla
Managing Partner
Senior Media Director

Relentless Awareness LLC - relentlessaware.com - @relentlessaware
OFFICE: 19 Dove Street, Albany, NY 12210 | MAIL: P.O. Box 3083, Albany, NY 12203
TWITTER: @joe_bonilla | EMAIL: joe@relentlessaware.com
OFFICE: 518.813.4905 x707

*Confidentiality Notice:* This email and any files transmitted with it may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). If the reader of this message is not the intended recipient, or if you have received this communication in error, please destroy any and all copies of the transmission and notify the sender immediately by reply email at joe@relentlessaware.com or by telephone at (518) 813-4905.

Visit our website to find out how we can expand your awareness.

Q/A

1. Have you talked to Coach?
    a. Yes. I can tell you he's very upset about the way UAlbany has handled this.

2. What did he tell you about the incident?
    a. Not in a position to go into that.

3. Does he deny hitting the player?
    a. Not in a position to go into that. But I can tell you that to a person, nobody up here believes the characterization that's been put out in the media.
    b. We've gotten to know DK very well this past year. We've seen him in action, we've seen his heart and commitment to young people and doing right. We can tell you confidently that what you've seen portrayed about this incident is not him.

4. Did he ask you to do this today?
    a. No. We're doing this because DK deserves our support. He's done more in one year to break down the walls between UAlbany and the community than anyone has ever done. If he's forced to leave, it'll set those relationships back decades.

5. Has he been told he's being fired?
    a. Not privy to those conversations.

6. Where is he? Can we talk to him?
    a. Because of the so-called process UAlbany has set up, DK is constrained from talking to the media. But you know DK has always been very accessible to the media. I suspect he'd like nothing more than to share his side of the story and answer your questions. I imagine he'll talk with you as soon as he can.

7. Why won't he meet with the media?
    a. It's not that he won't. He can't. Because of the so-called process UAlbany has set up, DK is constrained from talking to the media. But you know DK has always been very accessible to the media. I suspect he'd like nothing more than to share his side of the story and answer your questions. I imagine he'll talk with you as soon as he can.

8. Does he think Luke is lying or making this up?
    a. We're not going to comment on that.
    b. What we do know is that DK loves his players, he loves coaching, and he loves being a teacher and molder of young men.
    c. And WE love what he's been able to do in this community in just one year. His commitment to young people in this community is unmatched. I can't think of a

single UAlbany employee who's done more to break down the walls between the school and our community, and that's only in one year!

9. Give us some examples of DK's work in the community.

10. Has he ever hit any other players?
    a. Please, next question.

11. Do you think race is an issue here? After all, DK is Albany's first Black head basketball coach.
    a. We're concerned DK is getting railroaded by this so-called "process." I can't say if it's racial, but I have to tell you we are very concerned about how this is being done and the environment in which it's being done.
    b. UAlbany talks a lot about diversity and is getting better on the student side. But when you look at faculty and staff, you can judge for yourself.
    c. UAlbany has only one other Black coach, and he coaches men's and women's track.
    d. It's a majority minority campus. (About 16% of students Black and 15% are Hispanic.)
    e. Yet only two coaches are Black and the Athletics Department has very few Black employees from what we can tell. In fact, I'd say DK has more Blacks on his coaching staff than Mark Benson has in the entire department.
    f. When you look at UAlbany's faculty, only about 7% are Black and 85% are white.
    g. The senior administration certainly doesn't reflect the student body.
    h. So you tell me: Where in that space is a Black coach going to get fair treatment?

FYI, source: https://www.collegefactual.com/colleges/suny-at-albany/student-life/diversity/#ethnic_diversity

12. Has DK spoken to President Rodriguez about this?
    a. I don't know.

13. Would you be doing this news conference if it was a white coach who hit a Black player?
    a. We're here to support DK and raise our voices in concern about what we think may be a case of a good man being railroaded. We're not here to discuss hypotheticals. [end of comment]

14. What do you want UAlbany to do? Keep him as coach? Give him a big severance?
    a. Our goal is to support DK to ensure he's not railroaded, which we're very concerned is what's going on.

b. But we also want him to have agency in this decision and not have his and his family's future dictated to him by a rigged process.
c. We also want to shine a light on UAlbany's so-called "process." How exactly is this being done, and by whom? This is a public university – there should be transparency.
d. We want President Rodriquez to be true to his word when he says diversity and equity are more than buzzwords.
e. And yes, selfishly, we want DK to remain coach. We think he's just the man UAlbany needs to build meaningful relationships with the Black community in this area, be a mentor and teacher to young men, and help the entire region.
f. He's done more in one year than any other UAlbany coach has ever done. Losing him would set community relations back decades.

15. Will others be speaking up for DK?

    a. We're here today. Others may want to speak up later.
    b. DK has been incredibly active in the community since they day he arrived. In one year, he's done more to break down walls between the university and the community than anyone I've seen at that school. It's been noticed and appreciated. And our community wants to see it continue for years to come.

16. Look, DK is a passionate guy. We've all seen that. Don't you think he could have done this, even by accident?
    a. This is not who he is.

17. DK is one of only two Black coaches at UAlbany. Do you think that's a problem?
    a. UAlbany talks a lot about diversity and is getting better on the student side. But when you look at faculty and staff, you can judge for yourself.
    b. UAlbany has only one other Black coach, and he coaches men's and women's track.
    c. It's a majority minority campus. (About 16% of students Black and 15% are Hispanic.)
    d. Yet only two coaches are Black and the Athletics Department has very few Black employees from what we can tell. In fact, I'd say DK has more Blacks on his coaching staff than Mark Benson has in the entire department.
    e. When you look at UAlbany's faculty, only about 7% are Black and 85% are white.
    f. Where in that space is a Black coach going to get fair treatment?

18. Have you spoken to Havidan about this?
    a. We'd love to meet with him in person and let him hear from us. That certainly should happen before any decision is made. We're available.
    b.

Tuesday, September 17, 2024 at 11:52:50 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Draft Q&A |
| **Date:** | Thursday, March 31, 2022 at 11:18:22 AM Eastern Daylight Time |
| **From:** | Steven Greenberg <steve@greenbergpr.com> |
| **To:** | killingsdwayne@gmail.com <killingsdwayne@gmail.com>, Marcus Pryor <m.pryor1@icloud.com>, David Weinraub <DWeinraub@brownweinraub.com>, Bob Bellafiore <bob@stanhope-ny.com>, Joe Bonilla <joe@relentlessaware.com> |
| **Attachments:** | 033122 Media Q-A.docx |

Attached is a draft q&a that bob pulled together for today. Covers all questions we came up with.


Steven A. Greenberg
Greenberg Public Relations
(518) 469-9858
@GreenbergPR
Sent from my iPhone.