# Exhibit 21

3:03



EXHIBIT
3
3/17/25

< 28



Gang 🤍🖤

**New name available from Huss**
Tairi Ketner

Update ✕

**CC** wearing or what

**Nymire Little**
**NL** yeah cause everybody ain't got it

**Chuck Champion**
**CC** Bet

Nov 24, 2021 at 3:06 PM

**Dre Perry**
👍
**DP** As a team, what happened today stays between us! Not going to lie it fucked me up personally, I've never seen no shit like that ... no jokes about that topic at all. That shit ain't nothing to laugh about.

Nov 24, 2021 at 5:26 PM

**Paul Newman**
HA HA
**PN** This mf Jed ease dropping like a mf

**Huss Ketner**
**[HK]** Cause his shawty left

Nov 25, 2021 at 12:01 PM

Sam Shafer

 dannymads12    ...



PLTF_000015