# Exhibit 22

*Marcus Q. Pryor*

319 STATE STREET   ALBANY, NY 12210

Telephone
518-469-3561

Email
M.Pryor1@iCloud.com

<u>Sent Via Email</u>

March 31, 2022

Dr. Havidán Rodríguez
President
University at Albany
1400 Washington Avenue
Albany, NY 12222

Re: Coach Dwayne Killings

Dear Havidán,

As I'm sure you're aware of by now, I contacted your office on Tuesday, March 29, 2022, on behalf of myself and several other local business and community leaders to request a meeting with you to discuss the Dwayne Killings matter. I understand that you're traveling on business, and appreciate that you'll respond to me in a timely manner, at your earliest convenience. I write you today to clarify the request, in the hopes that it will help facilitate that dialogue.

Let me preface by saying that I trust you know that I'm genuinely appreciative of the strategic efforts the University has made to improve the communication and relationship with the Albany community. You may recall that after I accepted the Citizen Laureate award on behalf of my parents, Peter & Barbara Pryor, I shared with you the respect and admiration my family has for the work you're doing in this regard. Certainly, the hiring of Coach Killings was an indication in and of itself of your commitment to said mission. Indeed, a little over a year ago you noted that, "Throughout the interview process Dwayne established himself as a person of high character and integrity, a true leader in every sense of the word...He's known as a campus connector, preparing student-athletes for life after basketball. Furthermore, his track record of work in the community will uphold and grow our program's reputation within the Capital Region and across the country." It is *widely* noted that you got it right!

We appreciate and understand your statement this afternoon that the that the University cannot disclose information that would violate student privacy and will not discuss personnel matters publicly. Please allow me to clarify that we do not wish you to breach the sanctity of the protection of privacy. The purpose of my prior request to meet was to meet with you to discuss the University's continued commitment to its work in the community, especially as manifested and embodied through the work and the impact of Coach Killings. As you know well, it's often difficult for large institutions to see through the lens of marginalized communities. While we understand that you may not be able to speak to us about Coach Killings, you can certainly listen to what we have to say.

I look forward to your response, and I look forward to meeting with you. I trust that your continued commitment to furthering true, honest community relationships will persist in bearing fruit. I stand ready to support you in these efforts.

Sincerely yours,

Marcus Q. Pryor