# Exhibit 26



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

LUKE FIZULICH,

    Plaintiff,

-against-          Civil Action No.: 1:22-cv-1190

DWAYNE KILLINGS (in his individual capacity only),

and STATE UNIVERSITY OF NEW YORK AT ALBANY,

    Defendants.

CONFIDENTIAL

DEPOSITION OF

MARCUS PRYOR

TAKEN ON

FRIDAY, APRIL 18, 2025

8:58 A.M.

75 COLUMBIA STREET

ALBANY, NEW YORK 12210



MARCUS PRYOR                           April 18, 2025                              2
84346                                                                    Confidential

```
 1                      APPEARANCES
 2
 3   Appearing on behalf of the Plaintiff:
 4   STUART BERNSTEIN, ESQUIRE
 5   Nesenoff and Miltenberg LLP
 6   363 Seventh Avenue, Fifth Floor
 7   New York, NY 10001
 8   (212) 736-4500
 9   sbernstein@nmllplaw.com
10
11   Appearing on behalf of the Deponent:
12   DANIEL RUBIN, ESQUIRE
13   Girvin Ferlazzo PC
14   20 Corporate Woods Boulevard
15   Albany, NY 12211
16   (518) 462-0300
17   dsr@girvinlaw.com
18
19   Appearing on behalf of the Defendant:
20   WILLIAM J. DREYER, ESQUIRE
21   Dreyer Boyajian LLP
22   75 Columbia Street
23   Albany, NY 12210
24   (518) 463-7784
25   wdreyer@dblawny.com
```

```
 1                    APPEARANCES (CONT.)

 2

 3   Appearing on behalf of the Defendant:

 4   MARK G. MITCHELL, ESQUIRE

 5   New York Attorney General's Office

 6   170 State Street, Second Floor

 7   Albany, NY 12224

 8   (518) 776-2585

 9   mark.mitchell@ag.ny.gov

10

11   Appearing on behalf of the Defendant:

12   AMANDA MALESZWESKI, ESQUIRE

13   University at Albany

14   1400 Washington Avenue, Suite 208

15   Albany, NY 12222

16   (518) 442-3300

17   amaleszweski@albany.edu

18

19   Appearing on behalf of Rodger Wyland:

20   ISABELLA SALOMAO NASCIMENTO, ESQUIRE

21   Ballard Spahr LLP

22   80 South 8th Street

23   Minneapolis, MN 55402

24   (612) 371-3281

25   salomaonascimentoi@ballardspahr.com
```

```
 1                    EXAMINATION INDEX
 2                                              PAGE
 3   EXAMINATION BY MR. BERNSTEIN                 7
 4   EXAMINATION BY MR. DREYER                  170
 5   EXAMINATION BY MR. MITCHELL                 172
 6   FURTHER EXAMINATION BY MR. BERNSTEIN       174
 7
 8            START OF CONFIDENTIAL SECTION
 9                 Page 61    line 8
10             END OF CONFIDENTIAL SECTION
11                 Page 80    line 5
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         EXHIBIT INDEX
 2
 3   EXHIBIT NO.                                              PAGE
 4     A    SUBPOENA TO MARCUS PRYOR TO                         9
 5          TESTIFY AT A DEPOSITION
 6     B    ARTICLE BY ABIGAIL RUBEL                           51
 7     C    INCIDENT REPORT GIVEN BY HT                        61
 8     D    INCIDENT REPORTS GIVEN BY                          67
 9          MC, TH, AND WA
10     E    EMAILS REGARDING APOLOGY LETTER                   85
11     F    ARTICLE BY STEVE HUGHES REGARDING                 90
12          ALICE GREEN
13     G    LETTER BY MARCUS PRYOR TO                        108
14          DR. RODRIGUEZ REGARDING COACH
15          DWAYNE KILLINGS
16     H    EMAILS                                           112
17     I    EMAILS REGARDING DONOR AND ALUMNI                114
18     J    TEST MESSAGES                                    170
19     K    MESSAGES                                         157
20     L    MESSAGES                                         163
21
22
23
24
25
```

(800) 528-3335 | NAEGELI DEPOSITION & TRIAL Established 1980 | NAEGELIUSA.COM

1  Orange Club.
2      Q. Okay. So what is the fact that -- the Fort
3  Orange Club have anything to -- I'm just trying to
4  understand why you reached out to him. What -- what
5  did you think he could do?
6      A. He works at the university, and I thought
7  that he might be able to help.
8      Q. And what does he do at the university, to
9  your knowledge?
10     A. I believe that he is the vice president of
11 institutional advancement.
12     Q. I'm sorry. Say that again.
13     A. Vice president of institutional
14 advancement.
15     Q. Okay. And just for the records and the
16 reporter, can you just spell his first and last
17 name? So just -- we have it. If you know it.
18     A. F-A-R-D-I-N S-A-N-A-I.
19     Q. Okay. Thank you. And you turn to Pryor
20 045 -- on March 29th, 2022, at 2:43 p.m. You sent a
21 series of texts. Do you see them, sir?
22     A. Yes.
23     Q. Okay. And the first one says, "I think
24 it's about to go nuclear. It's my understanding
25 that it's going to happen at 4:00." What was going

1  to happen at 4:00 on March 29th?
2      A.  To the best of my recollection, from back
3  in March of 2022, that he was going to be terminated
4  at 4:00 p.m.
5      Q.  Okay.  And as you wrote, it's my
6  understanding -- as you sit here today, the best you
7  can, what is the basis for your understanding that
8  on March 29th, 2022, he was going to be terminated
9  at 4:00 p.m.?
10     A.  I don't recall.
11     Q.  Okay.  And then the next paragraph, you
12 write, "Havidan is about to bring a world of drama
13 to diversity that he doesn't want." What did you
14 mean by that?
15     A.  That I was about to begin to advocate
16 vociferously for Dwayne Killings.
17     Q.  Okay.  And that included you having -- the
18 next sentence, you said, "I have a group of Black
19 leaders that was going to request a meeting with
20 him," correct?  That's what you wrote?
21     A.  Yes.
22     Q.  Okay.  You write "leaders," you didn't
23 write "community leaders." You specifically wrote
24 "Black leaders," correct?
25     A.  Yes.