# Exhibit 27

Text Message • SMS
Mar 30, 2022 at 3:10 PM

> Do you have a minute? Can you set up an interview with Roger Wyland and me, Jahkeen, Tony Gaddy, and Alice Green for tomorrow?

Yes - what time works best for tomorrow?

> For us to chat or for the interview with Roger? I should bring you up to speed with where we are with Coach, also.

Is now good? I'm just in the car.

Working on avail now and doing check now, but it would have to be after 1 p.m. (he has a podcast until 1).

Mar 30, 2022 at 6:38 PM

Hearing UAlbany will drop the news Monday afternoon.

> There's been huge movement in the last couple hours.
>
> Can I use you as the source of that quote to relay to Pat Fahey, or leave you out?

Yes

Tell Pat

> Thanks!
>
> Is Roger doing video for WNYT, or is it just a sit down talk.

Waiting for him to get back to me – just pinged him again.
Spoke to him for about 10 minutes this afternoon.

Mar 30, 2022 at 9:21 PM

As predicted:

PRYOR 053



EXHIBIT
K
DEPONENT NAME: PRYOR, M.
DATE: 04/18/25

**Wyland, Rodger** 9:16 PM
to me

Joe, I am not going to be able to do it. I am a part-time employee of the University at Albany, and I would jeopardize that if I went on the show. Very sorry, but glad I checked. Thank you, Rodger

**From:** Joe Bonilla <joe@relentlessaware.com>
**Sent:** Wednesday, March 30, 2022 6:43 PM
**To:** Wyland, Rodger <rwyland@wnyt.com>
**Subject:** Re: Dwayne Killings

**[External email – use care when clicking on links or attachments]**

We could do a gaggle.

No exclusive. And greater reach.

I'm going to bring you into a group text with everyone else. There's The Times Union and the Gazette. We could do a gaggle, or still go exclusive with either outlet. I'm good with you professionals determining which has the broader, but more importantly, best reach.

The gaggle would show the reach of it and be prolific, so that would be my recommendation vs. exclusive at this point.

Also found out that Rodger wasn't a fan of DK, was Team Will Brown.



> Makes sense. And, DK has an assistant who was trashing him. Probably directly to Rodger.

Yep.

Apr 1, 2022 at 2:54 PM

> Any update or word from Alice or Jordan?

Nothing new yet. Jordan said theyre still awaiting next steps.

> Ok, standing by. Should we discuss if I get contacted afterwards?

Sure.

But we'll have to see after 3:30 p.m.

> Yeah, absolutely. They just left. I think ▓▓ and I are about to head over to the fort.

> You can meet us, if you'd like.

Apr 1, 2022 at 4:55 PM

Would love to at some point next week. Had to cover some family obligations this afternoon / evening.

> All good. Still waiting for the sign off. Keep you posted.



Has David given any indication what the holdup might be?

And I did not forget about you don't worry

> Yes, just lawyers. They stressed that there's no issue.

Apr 22, 2022 at 1:42 PM



Apr 25, 2022 at 7:37 PM

Sep 2, 2022 at 2:56 PM

Nov 16, 2022 at 6:41 PM

I assume you saw the story re: Killings?

My phone is blowing up as we speak.

The truth of the matter is that "Rallied up" statement is so f*****g racist - as a Black man, I'm apparently incapable of complex, free thoughts.  Apparently, it's the white guys behind the curtain pulling my strings.  Pretty ironic, when you think that I'm the one who actually put it ALL in motion.  He didn't walk out of his door one morning looking to hire lawyers and PR.  It was the exact opposite, honest and with integrity.

#heated

Exactly fucking right

Exactly fucking right.

Exactly fucking right.





Jan 28, 2023 at 7:56 PM

Thanks, just got that to her



Apr 30, 2023 at 4:01 PM

Hey who is on the tulip court committee? My goddaughter just got the rejection. More so curious than anything.

I'm sorry. Not sure anymore. I think Kate Bender.

May 22, 2023 at 2:30 PM

Here's the Hudson ride link:

tinyurl.com 

Jun 7, 2023 at 1:16 PM

You interested in either the Pub Crawl cycling ride Saturday or the Hudson ride?

Yes, will look again this afternoon and confirm. Thanks!

Aug 23, 2023 at 12:25 PM

Did you get the proposal? Any questions with it? If good,

PRYOR 057