# Exhibit 28

> I may need you at a press gaggle around 1 today. The university is moving to terminate coach, and we're trying to get ahead of them. We have the support of almost every local politician.

Ok

Keep me posted

Would just have to drop Blair at glammys

> I should know shortly. I'm finalizing my list right now.

I'll have my purple and gold on

> Mar 31, 2022 at 9:09 AM
>
> 12:15 PM at the Fort Orange Club Presidents room

Mar 31, 2022 at 5:15 PM





PRYOR 067





Angry black man

Seriously, great job today stepping up and being a leader and representing the culture. I'm proud of you.  More importantly, I know your father is beaming with pride

Angry black man

> I've been waiting for that. I finally have it for my portfolio. All those years of them saying, "are you Black?"  Now, I finally got my ABM badge.

Seriously, great job today stepping up and being a leader and representing the culture. I'm proud of you.  More importantly, I know your father is beaming with pride

> Thank you, brother. Glad you were on the team today.

> Apr 2, 2022 at 1:25 PM

> Don't post yet the coach has been reinstated. It's still not official, and you were part of the previous press conference.

Didn't say anything about reinstatement

> I was just giving you a heads up, I had to have Tony delete his Facebook post.

PRYOR 068

All love and support.

I'll let the media handle the bulls hit

Apr 2, 2022 at 2:52 PM

Great times last night. We need to hang more



Might even join the white man's club if necessary

Apr 2, 2022 at 6:03 PM
PRYOR 069

Are you sure you'd want to join any club that would accept