# Exhibit 31

Mark Benson

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF NEW YORK
 3   LUKE FIZULICH,
 4        Plaintiff,
 5   V                                  Index No.:  1:22-CV-01190
 6   DWAYNE KILLINGS (in his individual
 7   Capacity only), and STATE
 8   UNIVERSITY OF NEW YORK AT ALBANY,
 9        Defendants.
10   _____X
11           DEPOSITION OF: MARK BENSON
12           DATE:          March 17, 2025
13           TIME:          9:55 a.m. to 12:58 p.m.
14           VENUE:         University Hall
15                          1400 Washington Avenue, Room 306
16                          Albany, New York 12222
17
18
19
20
21   Reported by Danielle Christian
22
23
24
```

```
                                                    Page 2
 1   APPEARANCES:
 2       FOR THE PLAINTIFF:
 3           NESENOFF AND MILTENBERG, LLP
 4           BY:  STUART BERNSTEIN, ESQ.
 5           363 7th Avenue, 5th Floor
 6           New York, New York 10001
 7       FOR THE DEFENDANT KILLINGS:
 8           DREYER BOYAJIAN, LLP
 9           BY:  WILLIAM J. DREYER, ESQ.
10           75 Columbia Street
11           Albany, New York 12210
12       FOR THE DEFENDANT SUNY AT ALBANY:
13           OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
14           BY:  MARK MITCHELL, A.A.G.
15           The Capitol
16           Albany, New York 12224
17
18           STATE UNIVERSITY OF NEW YORK AT ALBANY
19           BY:  AMANDA MALESZWESKI, ESQ.
20           UNIVERSITY HALL, ROOM 208C
21           1400 Washington Avenue
22           Albany, New York 12222
23
24
```

Mark Benson

Page 3

1        I N D E X   O F   P R O C E E D I N G S

2   MARK BENSON; Sworn

3   Direct Examination by Mr. Bernstein                7

4   Cross Examination by Mr. Mitchell                123

5   Redirect Examination by Mr. Bernstein            126

Page 4

# E X H I B I T   I N D E X

| # | Marked as | Described as | Page |
|---|---|---|---|
| | Exh One | | 20 |
| | | 5-page document regarding 11/24/21 incident | |
| | Exh Two | | 24 |
| | | Interview Notes | |
| | Exh Three | | 26 |
| | | Teammate's text messages | |
| | Exh Four | | 29 |
| | | Screenshot of a text message 11/24 | |
| | Exh Five | | 33 |
| | | News Channel 13 Article | |
| | Exh Six | | 37 |
| | | UAlbany letter regarding FERPA | |
| | Exh Seven | | 43 |
| | | Settlement Agreement & Release | |
| | Exh Eight | | 46 |
| | | Twitter exchanges | |
| | Exh Nine | | 67 |
| | | Dewayne Killings Article | |
| | Exh Ten | | 75 |
| | | Email chain 3/31/22 Bonilla to Bellafiore | |
| | Exh Eleven | | 76 |

Mark Benson

```
                                                          Page 5
 1    Email chain 3/31/22 Greenberg to Bonilla
 2    Exh Twelve                                              84
 3    Black Leaders Article
 4    Exh Thirteen                                            84
 5    Northeast Report Article
 6    Exh Fourteen                                           100
 7    Email chain 4/13/22 Carleo-Evangelist to Cegles
 8    Subject: UAlbany Athletics
 9    Exh Fifteen                                            100
10    Email chain 4/13/22 subject: Presser Online
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Mark Benson

Page 59

1      BY MR. BERNSTEIN: (Cont'g.)
2          Q.   If you go to the last page of this
3      document. And do you see in the middle a tweet on April
4      1st, 2022, so three days after Samurai Hoops' March 28th
5      tweets. Do you see something from Rodger Wyland?
6          A.   Yes.
7          Q.   Okay. Who's Rodger Wyland, if you
8      know?
9          A.   Rodger Wyland is a sports
10     newscaster, and he also works as a part-time employee
11     doing broadcast for our basketball games.
12         Q.   So he's a current UAlbany employee?
13         A.   He's a part-time employee, yes.
14         Q.   I -- I -- I -- but he's currently an
15     employee of the University of Albany?
16         A.   Yes.
17         Q.   Okay. And he was back in 2022?
18         A.   Yes.
19         Q.   Okay. And this tweet, it doesn't --
20     well, withdrawn.
21              And do you see Mr. Wyland says, per
22     multiple sources, Dwayne Killings will remain as head
23     coach of the University of Albany men's basketball
24     program?

Mark Benson

Page 60

```
 1                   A.    Yes.
 2                   Q.    Do you know where he got that
 3      information from?
 4                   MR. MITCHELL:  I object to the form --
 5                   MR. DREYER:  Objection.
 6                   MR. MITCHELL:  -- you can answer.
 7                   THE WITNESS:  No.
 8                   BY MR. BERNSTEIN:  (Cont'g.)
 9                   Q.    Did you speak to him?
10                   A.    No.
11                   Q.    Do you know that Mr. Wyland at one
12      point, quote, unquote outed Luke Fizulich --
13                   MR. MITCHELL:  I object to the form --
14                   MR. BERNSTEIN:  -- as the --
15                   MR. MITCHELL:  Sorry, finish.
16                   BY MR. BERNSTEIN:  (Cont'g.)
17                   Q.    Are you aware that Rodger Wyland
18      identified Mr. Fizulich -- as the party in this case, in
19      -- in an article of his?
20                   MR. MITCHELL:  I object to the form,
21      counsel's testifying, but you can answer.
22                   MR. DREYER:  Also object.
23                   THE WITNESS:  Okay.  I'm sorry, can you
24      restate the question?
```

Mark Benson

Page 61

1   BY MR. BERNSTEIN: (Cont'g.)
2       Q.  Sure.  Are you aware that Mr. Wyland
3   identified Mr. Fizulich as the individual that was
4   assaulted by Defendant Killings?
5       MR. MITCHELL:  I make the same objection,
6   you can answer.
7       THE WITNESS:  Yes.
8       BY MR. BERNSTEIN: (Cont'g.)
9       Q.  Did you give him the authority to as
10  a -- withdrawn.
11          As he is a -- withdrawn.
12          Where was Mr. Wyland part-time -- what --
13  what was his part-time employment, through which
14  department?
15      A.  I mean, within athletics, he's --
16      Q.  Okay.
17      A.   -- for the athletic department
18  through communications.
19      Q.  So is it fair to say that you would
20  be Mr. Wyland's boss' boss' boss' boss at some point?
21      A.  Yes.
22      Q.  Okay.  To your knowledge, did you
23  give him authority to identify Mr. Fizulich as the
24  individual assaulted by Defendant Killings?